JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| KOHEN DIALLO UHURU, | Case No. 2:18-cv-06191-R-KES |
|---|---|
| Petitioner, | |
| v. | JUDGMENT |
| JERRY BROWN, et al., | |
| Respondents. | |

Pursuant to the Court's Order Summarily Dismissing Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is DISMISSED without prejudice to Petitioner asserting his claims in a subsequent action pursuant to 42 U.S.C. § 1983.

DATED: July 30, 2018

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE